*In re:*

Solicitud de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía de un estudio por la Conferencia Nacional de Juntas Examinadoras.

RESOLUCIÓN

San Juan, Puerto Rico, a 11 de marzo de 1969

Con vista de la resolución adoptada por la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía el 20 de febrero de 1969 en el sentido de "Solicitar de la Conferencia Nacional de Juntas Examinadoras que, tomando en consideración las circunstancias peculiares de Puerto Rico, realice un estudio y evaluación de los métodos y procedimientos utilizados por la Junta Examinadora Permanente de Aspirantes al Ejercicio de la Abogacía, tanto en cuanto a la preparación de las preguntas como a la corrección de las contestaciones de los exámenes y sobre cualquier otro aspecto relacionado con el funcionamiento de este organismo.", el Tribunal acuerda solicitar de la Conferencia Nacional de Juntas Examinadoras que lleve a cabo el estudio y evaluación de referencia a la mayor brevedad posible.

El Juez Presidente, dentro de las atribuciones que le corresponden, y en consulta con el Presidente de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía realizará aquellas gestiones conducentes a que se verifique dicho estudio, bajo aquellas condiciones que estime razonables.

Lo acordó el Tribunal y firma el Señor Juez Presidente. El Juez Asociado Señor Blanco Lugo no intervino.

(Fdo.) Luis Negrón Fernández
*Juez Presidente*

Certifico:

(Fdo.) Joaquín Berríos
*Secretario*